### El Pueblo *v.* Ramírez.

Apelación procedente de la Corte de Distrito de Humacao.

No. 64.—Resuelto en abril 29, 1907.

Apelación—Pliego de Excepciones—Relación de Hechos—Errores Manifiestos.—No habiendo pliego de excepciones ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. Rossy, Fiscal.*
La parte apelante no compareció.
El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

En la Corte de Distrito de Humacao, Marcelino Ramírez fué acusado de asesinato en primer grado. Celebrado el juicio ante un jurado, el acusado fué declarado culpable de asesinato en segundo grado, y condenado por la corte á la pena de reclusión perpetua con trabajos forzados en el presidio, y al pago de las costas. Contra esta sentencia el demandado interpuso apelación para ante esta corte, pero no ha presentado pliego de excepciones, y no se pronunció ningún argumento oral, ni se presentó alegato escrito á su favor. Hemos examinado el récord ciudadosamente y no encontramos ningún error; por

cuyos motivos debe confirmarse la sentencia dictada por la Corte de Distrito de Humacao en este caso.

*· Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Figueras y MacLeary.

El Juez Asociado, Sr. Hernández, no intervino en la resolución de este caso.